UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MICHAEL HASKEW,

    Applicant,

v.                                          CASE NO. 8:23-cv-2907-SDM-AAS

FEDERAL RESERVE,

    Respondent.
_____/

**ORDER**

    Haskew applies under 28 U.S.C. § 2241 for the writ of habeas corpus. Haskew checked the boxes on the application form to represent that he is "serving a sentence" and that he is challenging how the "sentence is being carried out." However, Haskew identifies neither the sentence nor the court that imposed the sentence, and his return address shows that he is not detained. Haskew can proceed under Section 2241 only if he is "in custody." Consequently, Haskew is entitled to no relief.

    The application (Doc. 1) under 28 U.S.C. § 2241 for a writ of habeas corpus is **DENIED**. The clerk must enter a judgment against Haskew and close this case.

    ORDERED in Tampa, Florida, on December 22, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE